TDCJ Offender Details

*83,636-01*

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 05335093 |
| **TDCJ Number:** | 00848605 |
| **Name:** | JONES,KELVIN |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1964-08-18 |
| **Maximum Sentence Date:** | 2028-06-11 |
| **Current Facility:** | CONNALLY |
| **Projected Release Date:** | 2028-06-11 |
| **Parole Eligibility Date:** | 2002-08-22 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

**Scheduled Release Date:**  Offender is not scheduled for release at this time.

**Scheduled Release Type:**  Will be determined when release date is scheduled.

**Scheduled Release Location:**  Will be determined when release date is scheduled.

## Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1998-06-10 | ROBBERY | 1998-10-05 | BOWIE | 98-F-396-5 | 30-00-00 |